# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| **In re** | § | **Chapter 11** |
| | § | |
| **SPHERATURE INVESTMENTS LLC,** | § | **Case No. 20-42492** |
| *et al.*,[1] | § | |
| | § | **Jointly Administered** |
| Debtors. | § | |
| **SPHERATURE INVESTMENTS, LLC,** *et al.* **d/b/a WORLDVENTURES HOLDINGS, LLC,** | § § § § | **Adversary No. 21-04059** |
| Plaintiffs | § § | |
| vs. | § § | |
| **SEACRET DIRECT LLC,** | § § | |
| Defendant. | § | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that at the Honorable Brenda T. Rhoades, Chief Bankruptcy Judge for the United States Bankruptcy Court for the Eastern District of Texas has set *Seacret Direct LLC's Motion to Compel Arbitration, Motion to Dismiss, and Motion for More Definite Statement* [Docket No. 4] for hearing on **May 11, 2021, at 2:30 P.M. (CST)**. Parties are instructed to **dial 1-888-675-2535, use Access No. 4225607, and Security No. 2918**, as well as directed to review the instructions contained in the link for all telephonic hearings before Judge Rhoades: http://www.txeb.uscourts.gov/content/judgerhoades. The information can be found by accessing

---

[1] The "Debtors" and the "Plaintiffs" in the above-captioned cases are: Spherature Investments LLC ("Spherature") EIN#5471; Rovia, LLC ("Rovia") EIN#7705; WorldVentures Marketing Holdings, LLC ("WVMarketing Holdings") EIN#3846; WorldVentures Marketplace, LLC ("WV Marketplace") EIN#6264; WorldVentures Marketing, LLC ("WVMarketing") EIN#3255; WorldVentures Services, LLC ("WVServices") EIN#2220.

**NOTICE OF HEARING**     **PAGE 1 OF 2**

the Court's webpage at www.txeb.uscourts.gov and choosing "Judge's Info", then choosing "Judge Rhoades", and then choosing "Telephonic Hearing" Tab.

**DATED: April 19, 2021.**

                                            Respectfully submitted,

By:    */s/ Annmarie Chiarello*
Phillip Lamberson
Texas Bar No. 0079413
plamberson@winstead.com
Stephen R. Clarke
Texas Bar No. 24069517
sclarke@winstead.com
Annmarie Chiarello
Texas Bar No. 24097496
achiarello@winstead.com
**WINSTEAD PC**
500 Winstead Building
2728 N. Harwood Street
Dallas, Texas 75201
(214) 745-5400 (Telephone)
(214) 745-5390 (Facsimile)

**ATTORNEYS FOR
SEACRET DIRECT LLC**

### CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2021, notice of this document was electronically mailed to the parties registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District.

                                            */s/ Annmarie Chiarello*
                                            One of Counsel