IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| In re § | | Chapter 11 |
| § | | |
| SPHERATURE INVESTMENTS LLC, § | | Case No. 20-42492 |
| *et al.*,[1] § | | |
| § | | Jointly Administered |
| Debtors. § | | |
| SPHERATURE INVESTMENTS, LLC, § | | Adversary No. 21-04059 |
| *et al.* d/b/a WORLDVENTURES § | | |
| HOLDINGS, LLC, § | | |
| § | | |
| Plaintiffs § | | |
| § | | |
| vs. § | | |
| § | | |
| SEACRET DIRECT LLC, § | | |
| § | | |
| Defendant. § | | |

## ORDER GRANTING SEACRET DIRECT LLC'S MOTION FOR EXPEDITED HEARING ON EXPEDITED MOTION FOR CONTINUANCE

On this date, the Court considered the request for expedited hearing on the *Expedited Motion for Continuance* [Docket No. 12] (the "Continuance Motion") filed on April 21, 2021 by Seacret Direct LLC ("Seacret") in connection with the above-captioned adversary proceeding. The Court finds that the request complies with LBR 9007(c) and demonstrates that sufficient cause exists for shortening the normal response time and scheduling an expedited hearing on the Motion. Accordingly,

---

[1] The "Debtors" and the "Plaintiffs" in the above-captioned cases are: Spherature Investments LLC ("Spherature"), EIN #5471; Rovia, LLC ("Rovia"), EIN #7705; WorldVentures Marketing Holdings, LLC ("WV Marketing Holdings"), EIN #3846; WorldVentures Marketplace, LLC ("WV Marketplace"), EIN #6264; WorldVentures Marketing, LLC ("WV Marketing"), EIN #3255; and WorldVentures Services, LLC ("WV Services"), EIN #2220.

**IT IS ORDERED** that the request for expedited hearing is **GRANTED** and that a hearing on the Continuance Motion shall be held telephonically on **May 3, 2021 at 9:30a.m. (CST),** before the Honorable Brenda T. Rhoades, Chief Bankruptcy Judge for the United States Bankruptcy Court for the Eastern District of Texas. **Parties are instructed to dial 1-888-675-2535, use Access No. 4225607 and Security No. 2918.**

**IT IS, THEREFORE, ORDERED** that the responses to the Continuance Motion shall be filed no later than **April 30, 2021.**

**IT IS FURTHER ORDERED** that Seacret or its counsel shall give notice of this expedited hearing by forwarding a copy of this Order by the most expedient means available, including electronic or telephonic transmission, or otherwise by First Class United States Mail, to the Plaintiffs in the above-referenced adversary case.

Signed on 4/22/2021

_Brenda T. Rhoades_  YM
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

Submitted by:

Phillip L. Lamberson
Texas Bar No. 00794134
/s/ Phillip L. Lamberson
plamberson@winstead.com
Stephen R. Clarke
Texas Bar No. 24069517
sclarke@winstead.com
Annmarie Chiarello

Texas Bar No. 24097496
achiarello@winstead.com
**WINSTEAD PC**
500 Winstead Building
2728 N. Harwood Street
Dallas, Texas 75201
(214) 745-5400 (Telephone)
(214) 745-5390 (Facsimile)

**ATTORNEYS FOR
SEACRET DIRECT, LLC**