## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| In re § | | Chapter 11 |
| § | | |
| SPHERATURE INVESTMENTS LLC, § | | Case No. 20-42492 |
| *et al.*,[1] § | | |
| § | | Jointly Administered |
| Debtors. § | | |
| SPHERATURE INVESTMENTS, LLC, § | | Adversary No. 21-04059 |
| *et al.* d/b/a WORLDVENTURES § | | |
| HOLDINGS, LLC, § | | |
| § | | |
| Plaintiffs § | | |
| § | | |
| vs. § | | |
| § | | |
| SEACRET DIRECT LLC, § | | |
| § | | |
| Defendant. § | | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that at the Honorable Brenda T. Rhoades, Chief Bankruptcy Judge for the United States Bankruptcy Court for the Eastern District of Texas has set *Seacret Direct LLC's Expedited Motion for Continuance* [Docket No. 12] (the "Continuance Motion") for hearing on **May 3, 2021, at 9:30 A.M. (CST)**. Parties are instructed to **dial 1-888-675-2535, use Access No. 4225607, and Security No. 2918**, as well as directed to review the instructions contained in the link for all telephonic hearings before Judge Rhoades: http://www.txeb.uscourts.gov/content/judgerhoades. The information can be found by accessing

---

[1] The "Debtors" and the "Plaintiffs" in the above-captioned cases are: Spherature Investments LLC ("Spherature") EIN#5471; Rovia, LLC ("Rovia") EIN#7705; WorldVentures Marketing Holdings, LLC ("WV Marketing Holdings") EIN#3846; WorldVentures Marketplace, LLC ("WV Marketplace") EIN#6264; WorldVentures Marketing, LLC ("WV Marketing") EIN#3255; WorldVentures Services, LLC ("WV Services") EIN#2220.

---

**NOTICE OF HEARING**                                                                                          **PAGE 1 OF 3**

the Court's webpage at www.txeb.uscourts.gov and choosing "Judge's Info", then choosing "Judge Rhoades", and then choosing "Telephonic Hearing" Tab.

A copy of the *Order Granting Seacret Direct LLC's Motion for Expedited Hearing on Expedited Motion for Continuance* [Docket No. 15] is attached hereto as Exhibit "A" and pursuant to such order the deadline to file responses to the Continuance Motion is April 30, 2021.

**DATED: April 19, 2021.**

                Respectfully submitted,

          By:    */s/ Annmarie Chiarello*
                Phillip Lamberson
                Texas Bar No. 0079413
                plamberson@winstead.com
                Stephen R. Clarke
                Texas Bar No. 24069517
                sclarke@winstead.com
                Annmarie Chiarello
                Texas Bar No. 24097496
                achiarello@winstead.com
                **WINSTEAD PC**
                500 Winstead Building
                2728 N. Harwood Street
                Dallas, Texas 75201
                (214) 745-5400 (Telephone)
                (214) 745-5390 (Facsimile)

                **ATTORNEYS FOR**
                **SEACRET DIRECT LLC**

# **CERTIFICATE OF SERVICE**

      I hereby certify that on April 22, 2021, notice of this document was electronically mailed to the parties registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District. I hereby further certify that on April 22, 2021, this document will be mailed via First-Class U.S. Mail and Certified Mail Return Receipt Requested to Debtors at the address listed below.

      */s/ Annmarie Chiarello*
      One of counsel


Steven C. Lockhart
Gardere Wynne Sewell LLP
1601 Elm Street, Suite 2900
Dallas, TX 75201

Spherature Investments LLC
WorldVentures Marketing Holdings, LLC
Rovia, LLC
WorldVentures Marketplace, LLC
WorldVentures Marketing, LLC
WorldVentures Services, LLC
Foley & Lardner LLP
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201

Spherature Investments LLC
WorldVentures Marketing Holdings, LLC
Rovia, LLC
WorldVentures Marketplace, LLC
WorldVentures Marketing, LLC
WorldVentures Services, LLC
5100 Tennyson Parkway
Plano, TX 75024

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| In re § | Chapter 11 | |
| § | | |
| SPHERATURE INVESTMENTS LLC, § | Case No. 20-42492 | |
| *et al.*,[1] § | | |
| § | Jointly Administered | |
| Debtors. § | | |
| SPHERATURE INVESTMENTS, LLC, § | Adversary No. 21-04059 | |
| *et al.* d/b/a WORLDVENTURES § | | |
| HOLDINGS, LLC, § | | |
| § | | |
| Plaintiffs § | | |
| § | | |
| vs. § | | |
| § | | |
| SEACRET DIRECT LLC, § | | |
| § | | |
| Defendant. § | | |

### ORDER GRANTING SEACRET DIRECT LLC'S MOTION FOR EXPEDITED HEARING ON EXPEDITED MOTION FOR CONTINUANCE

On this date, the Court considered the request for expedited hearing on the *Expedited Motion for Continuance* [Docket No. 12] (the "Continuance Motion") filed on April 21, 2021 by Seacret Direct LLC ("Seacret") in connection with the above-captioned adversary proceeding. The Court finds that the request complies with LBR 9007(c) and demonstrates that sufficient cause exists for shortening the normal response time and scheduling an expedited hearing on the Motion. Accordingly,

---

[1] The "Debtors" and the "Plaintiffs" in the above-captioned cases are: Spherature Investments LLC ("Spherature"), EIN #5471; Rovia, LLC ("Rovia"), EIN #7705; WorldVentures Marketing Holdings, LLC ("WV Marketing Holdings"), EIN #3846; WorldVentures Marketplace, LLC ("WV Marketplace"), EIN #6264; WorldVentures Marketing, LLC ("WV Marketing"), EIN #3255; and WorldVentures Services, LLC ("WV Services"), EIN #2220.

---

**ORDER GRANTING SEACRET DIRECT LLC'S MOTION FOR EXPEDITED HEARING ON
EXPEDITED MOTION FOR CONTINUANCE** — **Page 1 of 3**

**IT IS ORDERED** that the request for expedited hearing is **GRANTED** and that a hearing on the Continuance Motion shall be held telephonically on **May 3, 2021 at 9:30a.m. (CST),** before the Honorable Brenda T. Rhoades, Chief Bankruptcy Judge for the United States Bankruptcy Court for the Eastern District of Texas. **Parties are instructed to dial 1-888-675-2535, use Access No. 4225607 and Security No. 2918.**

**IT IS, THEREFORE, ORDERED** that the responses to the Continuance Motion shall be filed no later than **April 30, 2021.**

**IT IS FURTHER ORDERED** that Seacret or its counsel shall give notice of this expedited hearing by forwarding a copy of this Order by the most expedient means available, including electronic or telephonic transmission, or otherwise by First Class United States Mail, to the Plaintiffs in the above-referenced adversary case.

Signed on 4/22/2021

*Brenda T. Rhoades*    YM
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

Submitted by:

Phillip L. Lamberson
Texas Bar No. 00794134
plamberson@winstead.com
Stephen R. Clarke
Texas Bar No. 24069517
sclarke@winstead.com
Annmarie Chiarello

Texas Bar No. 24097496
achiarello@winstead.com
**WINSTEAD PC**
500 Winstead Building
2728 N. Harwood Street
Dallas, Texas 75201
(214) 745-5400 (Telephone)
(214) 745-5390 (Facsimile)

**ATTORNEYS FOR**
**SEACRET DIRECT, LLC**