

EOD
05/14/2021

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| SPHERATURE INVESTMENTS LLC, | § | Case No.: 20-42492 |
| *et al.* | § | |
| | § | Jointly Administered |
| Debtors. | § | |

| | | |
|---|---|---|
| SPHERATURE INVESTMENTS LLC, | § | |
| d/b/a WorldVentures Holdings, LLC, *et al.*[1] | § | |
| **Plaintiffs,** | § | |
| vs. | § | Adversary No. 21-04059 |
| SEACRET DIRECT LLC, | § | |
| **Defendant.** | § | |

## ORDER ON PLAINTIFFS' AGREED MOTION FOR EXTENSION OF TIME

This matter having come before the Court on Plaintiffs' *Agreed Motion for Extension of Time* ("Motion") (ECF No. 29), the Court orders as follows:

The Court hereby **ORDERS** that the Motion is **GRANTED**. The deadline for Plaintiffs to respond to Defendant Seacret Direct, LLC's *Motion to Dismiss Amended Complaint and, in the Alternative, Motion for Definite Statement* (ECF No. 20) shall be extended to on or before May 27, 2021.

Signed on 5/14/2021

*Brenda T. Rhoades*   YM
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

---

[1] The "**Debtors**" in the above-captioned cases are: Spherature Investments LLC d/b/a WorldVentures Holdings, LLC ("**WorldVentures**"); Rovia, LLC ("**Rovia**"); WorldVentures Marketing Holdings, LLC ("**WV Marketing Holdings**"); WorldVentures Marketplace, LLC ("**WV Marketplace**"); WorldVentures Marketing, LLC ("**WV Marketing**"); WorldVentures Services, LLC ("**WV Services**").