# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| **In re** § | | **Chapter 11** |
| §  | | |
| **SPHERATURE INVESTMENTS LLC,** § | | **Case No. 20-42492** |
| *et al.*,[1] § | | |
| §  | | **Jointly Administered** |
| **Debtors.** § | | |
| **SPHERATURE INVESTMENTS, LLC,** § | | **Adversary No. 21-04059** |
| *et al.* d/b/a **WORLDVENTURES** § | | |
| **HOLDINGS, LLC,** § | | |
| §  | | |
| **Plaintiffs** § | | |
| §  | | |
| **vs.** § | | |
| §  | | |
| **SEACRET DIRECT LLC,** § | | |
| §  | | |
| **Defendant.** § | | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the Honorable Brenda T. Rhoades, Chief Bankruptcy Judge for the United States Bankruptcy Court for the Eastern District of Texas, has set *Seacret Direct LLC's Motion to Compel Arbitration, Motion to Dismiss and Motion for More Definite Statement* [Docket No. 4] and *Seacret Direct LLC's Motion to Dismiss Amended Complaint and, in the Alternative, Motion for More Definite Statement* [Docket No. 20] for hearing on **August 24, 2021, at 2:30 P.M. (CST)**. Parties are instructed to **dial 1-888-675-2535, use Access No. 4225607, and Security No. 1437**, as well as directed to review the instructions contained in the link for all telephonic hearings before Judge Rhoades:

---

[1] The "Debtors" and the "Plaintiffs" in the above-captioned cases are: Spherature Investments LLC ("Spherature") EIN#5471; Rovia, LLC ("Rovia") EIN#7705; WorldVentures Marketing Holdings, LLC ("WV Marketing Holdings") EIN#3846; WorldVentures Marketplace, LLC ("WV Marketplace") EIN#6264; WorldVentures Marketing, LLC ("WV Marketing") EIN#3255; WorldVentures Services, LLC ("WV Services") EIN#2220.

**NOTICE OF HEARING** **PAGE 1 OF 3**

http://www.txeb.uscourts.gov/content/judgerhoades. The information can be found by accessing the Court's webpage at www.txeb.uscourts.gov and choosing "Judge's Info", then choosing "Judge Rhoades", and then choosing "Telephonic Hearing" Tab. A true and correct copy of the *Order Granting Seacret Direct's Agreed Motion for Continuance* [Docket No. 39] is attached hereto as **Exhibit "A."**

**DATED: June 11, 2021.**

Respectfully submitted

By:   */s/ Annmarie Chiarello*
Phillip Lamberson
Texas Bar No. 0079413
plamberson@winstead.com
Stephen R. Clarke
Texas Bar No. 24069517
sclarke@winstead.com
Annmarie Chiarello
Texas Bar No. 24097496
achiarello@winstead.com
**WINSTEAD PC**
500 Winstead Building
2728 N. Harwood Street
Dallas, Texas 75201
(214) 745-5400 (Telephone)
(214) 745-5390 (Facsimile)

**ATTORNEYS FOR
SEACRET DIRECT LLC**

# CERTIFICATE OF SERVICE

      I hereby certify that on June 11, 2021, notice of this document was electronically mailed to the parties registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District. I hereby further certify that on June 11, 2021, this document will be mailed via First-Class U.S. Mail at the address listed below.

*/s/ Annmarie Chiarello*
One of counsel

Steven C. Lockhart
Gardere Wynne Sewell LLP
1601 Elm Street, Suite 2900
Dallas, TX 75201

Spherature Investments LLC
WorldVentures Marketing Holdings, LLC
Rovia, LLC
WorldVentures Marketplace, LLC
WorldVentures Marketing, LLC
WorldVentures Services, LLC
Foley & Lardner LLP
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201

Spherature Investments LLC
WorldVentures Marketing Holdings, LLC
Rovia, LLC
WorldVentures Marketplace, LLC
WorldVentures Marketing, LLC
WorldVentures Services, LLC
5100 Tennyson Parkway
Plano, TX 75024

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| In re | § | Chapter 11 |
| | § | |
| SPHERATURE INVESTMENTS LLC, *et al.*,[1] | § § | Case No. 20-42492 |
| | § | Jointly Administered |
| Debtors. | § | |
| SPHERATURE INVESTMENTS, LLC, *et al*. d/b/a WORLDVENTURES HOLDINGS, LLC, | § § § § | Adversary No. 21-04059 |
| Plaintiffs | § § | |
| vs. | § § | |
| SEACRET DIRECT LLC, | § § | |
| Defendant. | § | |

## ORDER GRANTING SEACRET DIRECT LLC'S AGREED MOTION FOR CONTINUANCE

On this date, the Court considered the *Agreed Motion for Continuance* [Docket No.  ] (the "Continuance Motion") filed by Seacret Direct LLC in connection with the above-captioned adversary proceeding. The Court, after considering the Motion, finds that good cause exists to grant the Continuance Motion.

**IT IS THEREFORE ORDERED** that the Continuance Motion is **GRANTED** and that the hearing on *Seacret Direct LLC's Motion to Compel Arbitration, Motion to Dismiss, and Motion for More Definite Statement* [Docket No. 4] and *Seacret Direct's Motion to Dismiss Amended*

---

[1] The "Debtors" and the "Plaintiffs" in the above-captioned cases are: Spherature Investments LLC ("Spherature"), EIN #5471; Rovia, LLC ("Rovia"), EIN #7705; WorldVentures Marketing Holdings, LLC ("WV Marketing Holdings"), EIN #3846; WorldVentures Marketplace, LLC ("WV Marketplace"), EIN #6264; WorldVentures Marketing, LLC ("WV Marketing"), EIN #3255; and WorldVentures Services, LLC ("WV Services"), EIN #2220.

**ORDER GRANTING SEACRET DIRECT LLC'S AGREED MOTION FOR CONTINUANCE**

Page 1 of 2

*Complaint, and in the Alternative, Motion for More Definite Statement* [Docket No. 20] is continued to **August 24, 2021 at 02:30 p.m. (CT).**

Parties are instructed to dial 1-888-675-2535, use Access No. 4225607 and Security No. 1437, as well as directed to review the instructions contained in the following link for all telephonic hearings before Judge Rhoades: http://www.txeb.uscourts.gov/content/judgerhoades. The information can be found by accessing the Court's webpage at www.txeb.uscourts.gov and choosing "Judge's Info", then choosing "Judge Rhoades", and then choosing "Telephonic Hearing" Tab.

Signed on 6/11/2021

*Brenda T. Rhoades*   YM
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

Submitted by:

*/s/ Annmarie Chiarello*
Phillip L. Lamberson
Texas Bar No. 00794134
plamberson@winstead.com
Stephen R. Clarke
Texas Bar No. 24069517
sclarke@winstead.com
Annmarie Chiarello
Texas Bar No. 24097496
achiarello@winstead.com
**WINSTEAD PC**
500 Winstead Building
2728 N. Harwood Street
Dallas, Texas 75201
(214) 745-5400 (Telephone)
(214) 745-5390 (Facsimile)

**ATTORNEYS FOR
SEACRET DIRECT, LLC**