# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| In re | § | Chapter 11 |
| | § | |
| SPHERATURE INVESTMENTS LLC, *et al.*,[1] | § § | Case No. 20-42492 |
| | § | |
| | § | Jointly Administered |
| Debtors. | § | |

| | | |
|---|---|---|
| SPHERATURE INVESTMENTS, LLC, *et al.* d/b/a WORLDVENTURES HOLDINGS, LLC, | § § § § | Adversary No. 21-04059 |
| Plaintiffs | § § | |
| vs. | § § | |
| SEACRET DIRECT LLC, | § § | |
| Defendant. | § | |

## AGREED MOTION FOR CONTINUANCE

**TO THE HONORABLE BRENDA T. RHOADES, CHIEF UNITED STATES BANKRUPTCY JUDGE:**

Seacret Direct LLC ("Seacret"), the Defendant in the above-captioned adversary proceeding, files this *Motion for Continuance* (the "Continuance Motion"), seeking to continue the hearing on *Seacret Direct LLC's Motion to Compel Arbitration, Motion to Dismiss, and Motion for More Definite Statement* [Docket No. 4] (the "Arbitration Motion") and *Seacret Direct's Motion to Dismiss Amended Complaint, and in the Alternative, Motion for More Definite*

---

[1] The "Debtors" and the "Plaintiffs" in the above-captioned cases are: Spherature Investments LLC ("Spherature"), EIN #5471; Rovia, LLC ("Rovia"), EIN #7705; WorldVentures Marketing Holdings, LLC ("WV Marketing Holdings"), EIN #3846; WorldVentures Marketplace, LLC ("WV Marketplace"), EIN #6264; WorldVentures Marketing, LLC ("WV Marketing"), EIN #3255; and WorldVentures Services, LLC ("WV Services"), EIN #2220.

*Statement* [Docket No. 20] (the "Dismissal Motion," with the Arbitration Motion, the "Motions") currently set for **September 21, 2021, at 2:30 P.M. (CST)** (the "Hearing"), and would respectfully state as follows in support thereof:

### I.     Factual Background

1. On December 21, 2020, the Plaintiffs filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code.

2. On March 5, 2021, the Plaintiffs filed their *Original Complaint and Request for Preliminary Injunction* [Docket No. 1] (the "Complaint") in the above-captioned adversary proceeding. As the Court is aware, the Plaintiffs have also filed a lawsuit against Eddie Head, which is pending before this Court as Adversary No. 21-04058, (the "Head Lawsuit") that mirrors many of the claims asserted against Seacret in this lawsuit.

3. On March 31, 2021, Seacret responded to the Complaint by filing the Arbitration Motion.

4. On April 14, 2021, the Plaintiffs filed their *Amended Complaint and Request for Preliminary Injunction* [Docket No. 6] (the "Amended Complaint") in the above-captioned adversary proceeding.

5. On April 14, 2021, the Plaintiffs also filed their *Response to the Motion to Compel Arbitration, Motion to Dismiss, and Motion for More Definite Statement* [Docket No. 7] (the "Response"), responding to the Arbitration Motion.

6. On April 28, 2021, Seacret filed the Dismissal Motion.

7. Based on prior continuances agreed between Seacret and the Plaintiffs (the "Parties"), the Court has set the Motions for hearing on September 21, 2021, at 2:30 P.M. (CST).

8. In the Head Lawsuit, the Court recently heard and has taken under advisement a motion to dismiss and motion to quash (to which Seacret joined). Specifically, the Court indicated

that it would rule on Head's motion to dismiss on September 9, and directed the Parties to meet and confer regarding the scope of discovery after that ruling. The Court also indicated that, to the extent not resolved by the Parties' "meet and confer," it would rule on the motion to quash on September 21, 2021. Due to the upcoming rulings on the motion to dismiss and motion to quash in the Head adversary, as well as the Court's direction that that Parties discuss the scope of discovery once the Court has ruled on the motion to dismiss, the Parties have agreed that any written discovery issued in connection with the Motions as well as any outstanding discovery in the Head Lawsuit will not need to be responded to until September 30, 2021.

9.      Further, the Plaintiffs (the Debtors) have recently filed their amended plan and requested approval of topping procedures in connection with the plan. The Plaintiffs (the Debtors) have also requested a confirmation hearing for the plan in mid-October. Seacret's participation in the competitive plan and sale process may resolve this lawsuit as well as the Head Lawsuit, thus, negating the need for a hearing on the Motions.

## II.     Grounds for Relief

10.     For the reasons outlined above, the Parties have agreed to continue the Hearing on the Motions. The Parties request that the Court set the Motions for hearing on or after October 18, 2021.

11.     The undersigned counsel has conferred with counsel for the Plaintiffs. The Plaintiffs agree to the relief requested by this Continuance Motion.

## III.    Prayer

12.     Accordingly, Seacret respectfully requests that this Court (i) grant the Continuance Motion; (ii) set the Motions for hearing on or after October 18, 2021; and (iii) grant to Seacret all such other and further relief to which it may fairly and equitably be entitled, both at law and in equity.

**DATED: September 8, 2021.**

                                  Respectfully submitted,

By:    */s/ Annmarie Chiarello*
Phillip L. Lamberson
Texas Bar No. 00794134
plamberson@winstead.com
Stephen R. Clarke
Texas Bar No. 24069517
sclarke@winstead.com
Annmarie Chiarello
Texas Bar No. 24097496
achiarello@winstead.com
**WINSTEAD PC**
500 Winstead Building
2728 N. Harwood Street
Dallas, Texas 75201
(214) 745-5400 (Telephone)
(214) 745-5390 (Facsimile)

**ATTORNEYS FOR
SEACRET DIRECT LLC**

## CERTIFICATE OF SERVICE

    I hereby certify that on September 8, 2021, notice of this document was electronically mailed to the parties registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District.

                                  */s/ Annmarie Chiarello*
                                  One of Counsel