**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **In re** | § | **Chapter 11** |
| | § | |
| **SPHERATURE INVESTMENTS LLC,** | § | **Case No. 20-42492** |
| ***et al.,***[1] | § | |
| | § | **Jointly Administered** |
| **Debtors.** | § | |
| | § | |

| | | |
|---|---|---|
| **SPHERATURE INVESTMENTS, LLC,** | § | **Adversary No. 21-04059** |
| ***et al.* d/b/a WORLDVENTURES** | § | |
| **HOLDINGS, LLC,** | § | |
| | § | |
| **Plaintiffs** | § | |
| | § | |
| **vs.** | § | |
| | § | |
| **SEACRET DIRECT LLC,** | § | |
| | § | |
| **Defendant.** | § | |

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the Honorable Brenda T. Rhoades, Chief Bankruptcy

Judge for the United States Bankruptcy Court for the Eastern District of Texas, has set *Seacret*

*Direct LLC's Motion to Compel Arbitration, Motion to Dismiss and Motion for More Definite*

*Statement* [Docket No. 4] and *Seacret Direct LLC's Motion to Dismiss Amended Complaint and,*

*in the Alternative, Motion for More Definite Statement* [Docket No. 20] for hearing on **October**

**19, 2021, at 2:30 P.M. (CST)**.  Parties are instructed to **dial 1-888-675-2535, use Access No.**

**4225607, and Security No. 2564**, as well as directed to review the instructions contained in the

link        for        all        telephonic        hearings        before        Judge        Rhoades:

---

[1] The "Debtors" and the "Plaintiffs" in the above-captioned cases are:  Spherature Investments LLC ("Spherature")
EIN#5471; Rovia, LLC ("Rovia") EIN#7705; WorldVentures Marketing Holdings, LLC ("WV Marketing Holdings")
EIN#3846; WorldVentures Marketplace, LLC ("WV Marketplace") EIN#6264; WorldVentures Marketing, LLC
("WV Marketing") EIN#3255; WorldVentures Services, LLC ("WV Services") EIN#2220.

http://www.txeb.uscourts.gov/content/judgerhoades.  The information can be found by accessing

the Court's webpage at www.txeb.uscourts.gov and choosing "Judge's Info", then choosing "Judge

Rhoades", and then choosing "Telephonic Hearing" Tab. A true and correct copy of the *Order*

*Granting Seacret Direct LLC's Agreed Motion for Continuance* [Docket No. 48] is attached hereto

as **Exhibit "A."**

**DATED:  September 10, 2021.**

Respectfully submitted

By:    */s/ Annmarie Chiarello*
    Phillip Lamberson
    Texas Bar No. 0079413
    plamberson@winstead.com
    Stephen R. Clarke
    Texas Bar No. 24069517
    sclarke@winstead.com
    Annmarie Chiarello
    Texas Bar No. 24097496
    achiarello@winstead.com
    **WINSTEAD PC**
    500 Winstead Building
    2728 N. Harwood Street
    Dallas, Texas 75201
    (214) 745-5400 (Telephone)
    (214) 745-5390 (Facsimile)

    **ATTORNEYS FOR
    SEACRET DIRECT LLC**

## CERTIFICATE OF SERVICE

      I hereby certify that on September 10, 2021, notice of this document was electronically mailed to the parties registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District.  I hereby further certify that on September 10, 2021, this document will be mailed via First-Class U.S. Mail at the address listed below.

                                           */s/ Annmarie Chiarello*
                                           One of counsel

Steven C. Lockhart
Gardere Wynne Sewell LLP
1601 Elm Street, Suite 2900
Dallas, TX 75201

Spherature Investments LLC
WorldVentures Marketing Holdings, LLC
Rovia, LLC
WorldVentures Marketplace, LLC
WorldVentures Marketing, LLC
WorldVentures Services, LLC
Foley & Lardner LLP
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201

Spherature Investments LLC
WorldVentures Marketing Holdings, LLC
Rovia, LLC
WorldVentures Marketplace, LLC
WorldVentures Marketing, LLC
WorldVentures Services, LLC
5100 Tennyson Parkway
Plano, TX 75024

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| In re | § | **Chapter 11** |
| | § | |
| **SPHERATURE INVESTMENTS LLC,** | § | **Case No. 20-42492** |
| ***et al.***,[1] | § | |
| | § | **Jointly Administered** |
| | § | |
| **Debtors.** | § | |

| | | |
|---|---|---|
| **SPHERATURE INVESTMENTS, LLC,** | § | **Adversary No. 21-04059** |
| ***et al.*** **d/b/a WORLDVENTURES** | § | |
| **HOLDINGS, LLC,** | § | |
| | § | |
| **Plaintiffs** | § | |
| | § | |
| **vs.** | § | |
| | § | |
| **SEACRET DIRECT LLC,** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER GRANTING SEACRET DIRECT LLC'S AGREED MOTION FOR CONTINUANCE

On this date, the Court considered the *Agreed Motion for Continuance* [Docket No. 47] (the "Continuance Motion") filed by Seacret Direct, LLC in connection with the above-captioned adversary proceeding.  The Court, after considering the Motion, finds that good cause exists to grant the Continuance Motion.

**IT IS THEREFORE ORDERED** that the Continuance Motion is **GRANTED** and that the hearing on *Seacret Direct LLC's Motion to Compel Arbitration, Motion to Dismiss, and Motion for More Definite Statement* [Docket No. 4] and *Seacret Direct's Motion to Dismiss Amended*

---

[1] The "Debtors" and the "Plaintiffs" in the above-captioned cases are:  Spherature Investments LLC ("Spherature"), EIN #5471; Rovia, LLC ("Rovia"), EIN #7705; WorldVentures Marketing Holdings, LLC ("WV Marketing Holdings"), EIN #3846; WorldVentures Marketplace, LLC ("WV Marketplace"), EIN #6264; WorldVentures Marketing, LLC ("WV Marketing"), EIN #3255; and WorldVentures Services, LLC ("WV Services"), EIN #2220.

---

**ORDER GRANTING SEACRET DIRECT LLC'S AGREED MOTION FOR CONTINUANCE**

**Page 1 of 2**

*Complaint, and in the Alternative, Motion for More Definite Statement* [Docket No. 20] is continued to **October 19, 2021 at 2:30pm (CT).**

Parties are instructed to dial **1-888-675-2535, use Access No. 4225607 and Security No. 2564**, as well as directed to review the instructions contained in the following link for all telephonic hearings before Judge Rhoades: http://www.txeb.uscourts.gov/content/judgerhoades. The information can be found by accessing the Court's webpage at www.txeb.uscourts.gov and choosing "Judge's Info", then choosing "Judge Rhoades", and then choosing "Telephonic Hearing" Tab.

Signed on 9/10/2021

_Brenda T. Rhoades_                YM
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

Submitted by:

*/s/ Annmarie Chiarello*
Phillip L. Lamberson
Texas Bar No. 00794134
plamberson@winstead.com
Stephen R. Clarke
Texas Bar No. 24069517
sclarke@winstead.com
Annmarie Chiarello
Texas Bar No. 24097496
achiarello@winstead.com
**WINSTEAD PC**
500 Winstead Building
2728 N. Harwood Street
Dallas, Texas 75201
(214) 745-5400 (Telephone)
(214) 745-5390 (Facsimile)

**ATTORNEYS FOR**
**SEACRET DIRECT, LLC**

---

**ORDER GRANTING SEACRET DIRECT LLC'S AGREED MOTION FOR CONTINUANCE**

**Page 2 of 2**

Exhibit A